

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2014

No. 04-14-00050-CR

Taylor Rae **ROSENBUSCH**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR11075
Honorable Dick Alcala, Judge Presiding

# O R D E R

On February 19, 2014, the above styled cause number was abated pending the resolution of Appellant Taylor Rae Rosenbusch's filing at the Texas Court of Criminal Appeals seeking permission to file an out-of-time notice of appeal in companion case Cause No. 2011-CR-11074 from the 226th District Court of Bexar County.

In their August 20, 2014 opinion, the Texas Court of Criminal Appeals found that Appellant Rosenbusch's counsel failed to timely file a notice of appeal and she was entitled to file an out-of-time appeal regarding her conviction in Cause No. 2011-CR-11074. The notice of appeal has been filed and the companion case in question is pending in this court at Cause No. 04-14-00688-CR.

This appeal is REINSTATED on the court's docket. The reporter's record is due to be filed no later than **November 7, 2014**.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court